## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

In re:  
**PHONEWORKS, INC.**     Case No: 10-05384 (BKT)  
    Debtor     Chapter 11

## UNITED STATES TRUSTEE'S OBJECTION TO APPLICATION FOR APPROVAL OF EMPLOYMENT OF ATTORNEY

**TO THE HONORABLE COURT**:

COMES NOW Donald F. Walton, the United States Trustee for Region 21 (the "United States Trustee"), and pursuant to 28 U.S.C. § 586(a) and § 307 of the Bankruptcy Code, respectfully states and prays as follows:

1. On June 23, 2010, Debtor filed an *Application for Approval of Employment of Attorney* pursuant to 11 U.S.C. § 327 seeking to obtain authorization to retain F. David Godreau Zayas, Esq., from the law firm of Latimer, Biaggi, Rachid & Godreau, as its attorney in the captioned case (the "Application") (Dkt. #9). An *Affidavit of Proposed Attorney* executed by attorney Godreau Zayas was attached (the "Affidavit").

2. P.R. LBR 1001-1(f) provides that failure to comply with those Rules "may result in sanctions which may include... denial of the relief sought, as the court in its discretion deems appropriate."

3. P.R. LBR 2014-1(a) provides that the application to employ a professional "must be accompanied by a statement in which the professional to be employed" makes multiple disclosures therein enumerated.

4. The United States Trustee objects to the Application because the Affidavit of attorney Godreau Zayas does not include the disclosures of P.R. LBR 2014-1(a)(4), (5), (6) and (7).

5. For the above stated reason, the United States Trustee objects to the approval of the Application.

**WHEREFORE**, the United States Trustee respectfully requests that this Honorable Court enter an order denying the Application and enter such further relief as deemed just and proper.

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this day I electronically filed a true and exact copy of the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| ANTONIO A ARIAS LARCADA | aaa@mcvpr.com, mb@mcvpr.com |
| ANGEL F CABAN | acaban@caribe.net, acaban@qcblaw.com |
| FAUSTO D GODREAU ZAYAS | dgodreau@LBRGlaw.com, bankruptcy.godreau@lbrglaw.com |
| MONSITA LECAROZ ARRIBAS | ustpregion21.hr.ecf@usdoj.gov |
| LORENZO J. PALOMARES-STARBUCK | palolaw2@gmail.com, palolaw@gmail.com |

**I DO HEREBY FURTHER CERTIFY** that on this same date a true and exact copy of the foregoing has been sent by regular United States mail to the Debtor, **Phoneworks,**

**Inc., Inc.**, through its Director, **Ronald E. Massie**, Call Box 815001, AMF Station, Carolina, PR 00981.

DATED: July 8, 2010.

**DONALD F. WALTON**
United States Trustee for Region 21

**MONSITA LECAROZ ARRIBAS**
Assistant United States Trustee

**OFFICE OF THE UNITED STATES TRUSTEE**
Ochoa Building
500 Tanca Street, Suite 301
San Juan, Puerto Rico 00901-1922
Telephone: (787) 729-7444
Telecopier: (787) 729-7449

*(Electronically Filed)*

By: *s/ José Carlos Díaz-Vega*
    José Carlos Díaz-Vega
    Trial Attorney
    USDC-PR # 213607